UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM JACK TONEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:07-CV-1302-G |
| LUPE VALDEZ, | ) |
| | ) **ECF** |
| Respondent. | ) |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

September 10, 2007.

_____
A. JOE FISH
CHIEF JUDGE